



369-08/PJG/BGC

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KOKKINAKI SHIPPING LIMITED,

     Plaintiff,

  - against -

DAXIN PETROLEUM PTE LTD.,

     Defendant.
------------------------------------------------------------x

08 Civ.

**RULE 7.1 STATEMENT**

  The Plaintiff, KOKKINAKI SHIPPING LIMITED by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
   July 8, 2008

              FREEHILL HOGAN & MAHAR, LLP
              Attorneys for Plaintiff

         By: _____
            Peter J. Gutowski (PG 2200)
            Barbara G. Carnevale (BC 1651)
            80 Pine Street
            New York, NY 10005
            Telephone: (212) 425-1900
            Fax: (212) 425-1901

NYDOCS1/308123.1