369-08/PJG/BGC
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

RECEIVED
JUL 17 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KOKKINAKI SHIPPING LIMITED,

         Plaintiff,

- against -

DAXIN PETROLEUM PTE LTD.,

         Defendant.
-----------------------------------------------------------x

08 CV 6200 (HB)

VOLUNTARY DISMISSAL
AND WITHDRAWAL OF
ATTACHMENT

    The defendant, not having answered, appeared or filed a motion for summary, the above entitled action is hereby discontinued pursuant to F.R.C.P. 41(a)(1)(A)(i) and the attachment issued in this action under Supplemental Rule B is hereby discontinued and withdrawn, and any garnishee holding funds pursuant to the attachment is directed to release those funds.

Dated: New York, New York
       July 16, 2008

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Fax: (212) 425-1901

So Ordered
_____
U.S.D.J.

NYDOCS1/308825.1