FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

USDS SDNY
DOCUMENT
ELECT[...]
DOC #
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KOKKINAKI SHIPPING LIMITED,

              Plaintiff,

- against -

DAXIN PETROLEUM PTE LTD.,

              Defendant.
-----------------------------------------------------------x

08 CV 6200 (HB)

**VOLUNTARY DISMISSAL AND WITHDRAWAL OF ATTACHMENT**

    The defendant, not having answered, appeared or filed a motion for summary, the above entitled action is hereby discontinued pursuant to F.R.C.P. 41(a)(1)(A)(i) and the attachment issued in this action under Supplemental Rule B is hereby discontinued and withdrawn, and any garnishee holding funds pursuant to the attachment is directed to release those funds.

Dated: New York, New York
       July 16, 2008

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff

               By: _____
                         Peter J. Gutowski (PG 2200)
                         Barbara G. Carnevale (BC 1651)
                         80 Pine Street
                         New York, NY 10005
                         Telephone: (212) 425-1900
                         Fax: (212) 425-1901

So Ordered:
_____
      U.S.D.J.

NYDOCS1/308825.1